No. 122. Federal Radio Comm'n v. General Electric Co. et al. October 14, 1929. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. Louis J. Caldwell, Paul M. Segal,* and *Bethuel M. Webster, Jr.,* for petitioner. *Messrs. Frank J. Hogan, Wm. H. Donovan, Charles E. Hughes,* and *Allen S. Hubbard* for respondents.

No. 87. Baltimore & Ohio Southwestern R. Co. v. Carroll. October 14, 1929. The petition for a writ of certiorari herein to the Supreme Court of Indiana is granted with the limitation, however, that counsel shall confine themselves, in the briefs and in oral argument, to the question whether this suit is barred by the statute of limitations. *Messrs. Wm. A. Eggers, Morison R. Waite,* and *Cassius W. McMullen* for petitioner. *Messrs. Wm. J. Hughes* and *O. H. Montgomery* for respondent.

No. 123. Royal Insurance Co., Ltd., et al. v. U. S. Shipping Board Merchant Fleet Corp. October 14, 1929. The petition for a writ of certiorari herein to the Circuit Court of Appeals for the Second Circuit granted, with provisions for advancement of the cause, to be heard with other related causes. *Mr. John C. Crawley* for petitioners. *Solicitor General Hughes, Assistant Attorney General Farnum,* and *Mr. J. Frank Staley* for respondent.